# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| DAVID CODREA, OWEN MONROE, SCOTT HEUMAN,<br>    Plaintiffs-Appellants,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br>    Defendants-Appellees. | No. 21-1707 |

## JOINT RESPONSE TO COURT'S MAY 31, 2023 ORDER

This Court's May 31, 2023 order directed the parties to "inform this court how they believe this appeal should proceed" "[w]ithin seven days of the Supreme Court's disposition of the petition in *Garland v. Cargill*…" The parties respectfully submit this filing to inform this Court that the Supreme Court granted certiorari in *Cargill v. Garland*, No. 20-51016 (5th Cir. Jan. 6, 2023). *See* Order List, Nov. 3. 2023, *available at* https://www.supremecourt.gov/orders/courtorders/110323zr_5if6.pdf (granting certiorari in *Cargill)*.

The parties believe that the Court should continue its stay of this matter pending the Supreme Court's disposition of *Cargill* on the merits, as whether a bump stock device is a "machinegun" within the meaning of 26 U.S.C. § 5845(b) is the central merits question in this litigation.

|  |  |
|---|---|
| | Respectfully submitted, |
| /s/ *Stephen D. Stamboulieh* | MARK B. STERN |
| Stephen D. Stamboulieh | MICHAEL S. RAAB |
| Stamboulieh Law, PLLC | ABBY C. WRIGHT |
| P.O. Box 428 | |
| Olive Branch, MS 38654 | /s/ *Brad Hinshelwood* |
| (601) 852-3440 | BRAD HINSHELWOOD |
| stephen@sdslaw.us | *Attorneys, Appellate Staff* |
| MS Bar No. 102784 | *Civil Division, Room 7256* |
| | *U.S. Department of Justice* |
| Alan Alexander Beck | *950 Pennsylvania Avenue NW* |
| Law Office of Alan Beck | *Washington, DC 20530* |
| 2692 Harcourt Drive | *(202) 514-7823* |
| San Diego, CA 92123 | *bradley.a.hinshelwood@usdoj.gov* |
| (619) 905-9105 | |
| Hawaii Bar No. 9145 | |
| Alan.alexander.beck@gmail.com | |

NOVEMBER 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                              */s/ Brad Hinshelwood*
                                              Brad Hinshelwood